# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CHRISTOPHER SCOTT,

                 Petitioner,          :   Case No. 3:19-cv-273

   - vs -                              District Judge Thomas M. Rose
                                         Magistrate Judge Michael R. Merz

TIM SHOOP, Warden,
  Chillicothe Correctional Institution,

                                       :

                 Respondent.

# RECOMMITTAL ORDER

This habeas corpus case under 28 U.S.C. § 2254 is before the Court on Respondent's Objection (ECF No. 3) to the Magistrate Judge's Order for Answer (ECF No. 2).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

September 19, 2019.                             *s/Thomas M. Rose

                                          _____
                                             Thomas M. Rose
                                      United States District Judge