# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTOPHER SCOTT, | : | Case No. 3:19-cv-273 |
| Petitioner, | : | |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| | : | |
| WARDEN, Chillicothe Correctional Institution, | : | |
| | : | |
| Respondent. | : | |

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 5), to whom this case was referred pursuant to 28 U.S.C. 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Respondent's Objections to being required to file an answer in lieu of a motion to dismiss are OVERRULED.

October 16, 2019
                                        *s/Thomas M. Rose
                                        _____
                                        Thomas M. Rose
                                        United States District Judge