UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTOPHER L. SCOTT, | : | |
| | : | |
| Petitioner, | : | Case No. 3:19-cv-273 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| TIM SHOOP, Warden, | : | |
| Chillicothe Correctional Institution, | : | |
| | : | |
| Respondent. | : | |

---

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 14); ADOPTING REPORT AND RECOMMENDATIONS (DOC. 13); GRANTING RESPONDENT'S AMENDED MOTION TO DISMISS (DOC. 10); DISMISSING WITH PREJUDICE PETITION FOR WRIT OF HABEAS CORPUS (DOC. 1); AND, TERMINATING CASE**

---

This habeas corpus action is before the Court on the Objections (Doc. 14) filed by Petitioner Christopher L. Scott ("Petitioner") to the Report and Recommendations (Doc. 13) ("Report"). On September 3, 2019, Petitioner filed a "Petition for Relief From a Conviction or Sentence By a Person in State Custody (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)" (Doc. 1) (the "Petition"). In the Report, Magistrate Judge Michael R. Merz considered the Amended Motion to Dismiss the Habeas Petition (Doc. 10) filed by Respondent, Warden of the Chillicothe Correctional Institution ("Warden"). (Doc. 13.) Magistrate Judge Merz concluded that the Petition is barred by the statute of limitations and by Petitioner's procedural defaults in presenting his claims to the Ohio courts. (*Id.*) Accordingly, he recommended that this Court dismiss the Petition with prejudice. (*Id.*) Petitioner objected to the Report. (Doc. 14.) The matter is ripe for the Court's review.

1

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Petitioner's Objections (Doc. 14) are not well-taken and they are hereby **OVERRULED**. The Court **ADOPTS** the Report (Doc. 13) in its entirety and rules as follows:

1. The Warden's Amended Motion to Dismiss the Habeas Petition (Doc. 10) is **GRANTED**;

2. The Petition (Doc. 1) is **DISMISSED WITH PREJUDICE**;

3. As reasonable jurists would not disagree with this conclusion, Petitioner is **DENIED** a certificate of appealability;

4. The Court **CERTIFIES** to the Sixth Circuit that any appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*; and

5. The Clerk is ordered to **TERMINATE** this case on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, January 14, 2020.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE